No. 63325.—Naumes Forwarding Service *v.* United States, protests 298966–K/8407, 300250–K/8617, and 309893–K/8844 (Chicago).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (44 C.C.P.A. 128, C.A.D. 649), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 11, 1959

No. 63326.—Park & Tilford Import Corp. *v.* United States, protests 719766–G, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.